IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOAQUIN VELASCO<br><br>Defendant. | Case No.: 1:20-CR-00111-001 DAD<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on January 8, 2021, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   **January 8, 2021**                         _____
                                                                    UNITED STATES DISTRICT JUDGE